```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    TEXARKANA DIVISION
```

SARAH K. WILSON                                              PLAINTIFF

   v.               Civil No. 10-4109

HARDTIMES EXPRESS, INC.,
and JERRY W. STAFFORD, SR.                                  DEFENDANTS

### ORDER

Now on this 19th day of November, 2010, comes on for consideration Plaintiff's **Motion for Voluntary Nonsuit** (Doc. 10). The Court, being well and sufficiently advised, finds that Plaintiff has stated good cause for her motion and the same is hereby granted.

**IT IS THEREFORE ORDERED** that Plaintiff's **Motion for Voluntary Nonsuit** (Doc. 10) is hereby **GRANTED**. Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

                                          /s/ Jimm Larry Hendren
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE